**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD APPLEBEE and KIMBERLY APPLEBEE,

        Plaintiffs,

v.                                          Case No: 6:16-cv-482-Orl-40KRS

HARLEY DAVIDSON CREDIT CORPORATION,

        Defendant.
_____/

## ORDER

    This cause comes before the Court on review of Plaintiffs' Notice of Voluntary Dismissal without Prejudice (Doc. 13) filed May 6, 2016.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Orlando, Florida on May 9, 2016.

                                                                 PAUL G. BYRON
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties